**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: A.N.B., A MINOR    :   No. 121 EM 2018
PETITION OF : Q.D., MOTHER             :

IN THE INTEREST OF: N.H.D., A MINOR   :   No. 122 EM 2018
                                        :
                                        :
PETITION OF: Q.D., MOTHER           :

IN THE INTEREST OF: J.J.B., A MINOR    :   No. 123 EM 2018
                                        :
                                        :
PETITION OF: Q.D., MOTHER           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.